JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DOLORES RONQUILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; SOFI LENDING CORP.; SOFI BANK, N.A.; UNITED COLLECTION BUREAU, INC.; LVNV FUNDING LLC; AND RESURGENT CAPITAL SERVICES, L.P.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00065-RGK-SK<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**　　**[94]**<br><br>[No Hearing Required] |

　　Having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Dolores Ronquillo and *defendants* SoFi Lending Corp. and SoFi Bank, N.A. (collectively, the "Parties"), and good cause appearing therefor,

　　**IT IS ORDERED** that the Stipulation is **APPROVED**.

　　**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

　　**IT IS FURTHER ORDERED** that all hearings currently scheduled in this action are hereby vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED.**

Dated: 10/27/2023

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE